[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
January 3, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-11427
Non-Argument Calendar

_____

D. C. Docket No. 05-00136-CR-J-25-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EMMANUEL DEWAYNE REED,
a.k.a. Buck,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 3, 2007)**

Before DUBINA, CARNES and PRYOR , Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for Emmanuel Dewayne Reed in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Reed's conviction and sentence are **AFFIRMED**.